**YOUNG MATERIALS CORP.,**
Appellant,

v.

**Ronnie SMITH, Appellee.**

No. 10–99–114–CV.

Court of Appeals of Texas,
Waco.

Oct. 13, 1999.

Keith C. Cameron, Naman, Howell, Smith & Lee, P.C., Waco, for appellant.

C. David Stasny, Bryan, for appellee.

Before Chief Justice DAVIS, Justice VANCE, and Justice GRAY.

## MEMORANDUM OPINION

PER CURIAM.

Young Materials Corporation, Appellant, and Ronnie Smith, Appellee, have filed an "Agreed Motion to Dismiss Entire Cause" which states that the parties have settled the disputes underlying this appeal. In this motion, the parties ask us "to vacate the judgment of the trial court and dismiss the appeal and the entire cause." We grant the parties' motion.

This Court has previously held that we had no authority to "vacate" a trial court's judgment. *Rothlander v. Ayala,* 943 S.W.2d 546 (Tex.App.—Waco 1997, no writ). Since *Rothlander,* the appellate rules have changed.

Now, Rule 43.2 specifically gives us authority to vacate the trial court's judgment and dismiss the case. The rule provides as follows:

> 43.2 Types of Judgment. The court of appeals may:
>
> (a) affirm the trial court's judgment in whole or in part;
>
> (b) modify the trial court's judgment and affirm it as modified;
>
> (c) reverse the trial court's judgment in whole or in part and render the judgment that the trial court should have rendered;
>
> (d) reverse the trial court's judgment and remand the case for further proceedings;
>
> (e) vacate the trial court's judgment and dismiss the case; or
>
> (f) dismiss the appeal.

TEX.R.APP. P. 43.2.

Pursuant to Rule 42.1(a) we are given the authority to grant the relief agreed to by the parties. This rule provides as follows:

> 42.1 Voluntary Dismissal in Civil Cases.
>
> (a) The appellate court may dispose of an appeal as follows:
>
> (1) in accordance with an agreement signed by all parties or their attorneys and filed with the clerk; or
>
> (2) in accordance with a motion of appellant to dismiss the appeal or affirm the appealed judgment or order; but no party may be prevented from seeking any relief to which it would otherwise be entitled.

TEX.R.APP. P. 42.1. The parties have requested us to vacate the trial court's judg-

ment and dismiss the entire case, an option that is specifically authorized by Rule 43.2(e). The motion of the parties is granted.

## CONCLUSION

The trial court's judgment is vacated and the case is dismissed. Each party is assessed the costs it incurred.